UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Maria Gonzalez                         Ch. 13

                                       Bankruptcy  No: <u>17-17500-AMC</u>

**************************************************************

*Debtor's Affidavit of No Tax Returns*

**************************************************************

Debtor, states the following:

1.   My Name Maria Gonzalez.

2.   I am the debtor in the above Chapter 13 Bankruptcy case.

3.   I filed my last tax returns in 2014 for the income in 2013.

4.   I am not required to file a tax returns since then, since I have only Social Security Disability Income and other non taxable income.

5.   I do not have a copy of the last filed tax return.

6.   I certify under oath that the above statements are true and correct

Respectfully Submitted,

/s/_____

Maria Gonzalez

Debtor

1