# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 17-17500-AMC

MARIA A GONZALEZ

1432 E. CHETENHAM AVENUE

PHILADELPHIA, PA 19124

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MARIA A GONZALEZ

    1432 E. CHETENHAM AVENUE

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    ALLAN K MARSHALL ESQUIRE
    1819 JFK BLVD
    STE 400
    PHILA, PA 19103

                              /S/ William C. Miller

Date: 3/6/2018                          _____
                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee