United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 17-17500-amc
Maria A. Gonzalez                                                 Chapter 13
Maria A. Gonzalez
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Jun 28, 2018
                              Form ID: 152             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
db/db          +Maria A. Gonzalez,    Maria A. Gonzalez,    1432 E. Cheltenham Avenue,
                 Philadelphia, PA 19124-1102
14009442       +Berkheimer,    P O Box 25144,    Lehigh Valley, PA 18002-5144
14018314       +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14009444       +Chase Card Services,    Correspondence Dept,    Po Box 15278,    Wilmington, DE 19850-5278
14009445        CitiMortgage,    100 Technology Dr,    O Fallon, MO 63368
14009449       +Debt Recovery Solution,    Attention: Bankruptcy,    6800 Jericho Turnpike    Ste 113e,
                 Syosset, NY 11791-4401
14009451       +PECO,    P O Box 37629,    Philadelphia, PA 19101-0629
14009452       +PGW,    P O Box 3500,    Philadelphia, PA 19122-0500
14009454       +Stephen Hladik,    298 Wissahickon,    North Wales, PA 19454-4114
14009455       +United Rev,    Po Box 1184,    Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 29 2018 02:28:27     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 29 2018 02:28:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14026784        E-mail/Text: bnc@atlasacq.com Jun 29 2018 02:27:54     Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
14009446        E-mail/Text: megan.harper@phila.gov Jun 29 2018 02:28:27     City of Phila,    P O Box 1630,
                 Philadelphia, PA 19101
14096877        E-mail/Text: megan.harper@phila.gov Jun 29 2018 02:28:27     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14009443       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 29 2018 02:24:46      Capital One,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
14009447       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 29 2018 02:28:35
                 Credit Collections Svc,    Po Box 773,   Needham, MA 02494-0918
14009448       +E-mail/PDF: creditonebknotifications@resurgent.com Jun 29 2018 02:24:44      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
14074580        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 29 2018 02:25:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14009450       +Fax: 407-737-5634 Jun 29 2018 03:55:40      Ocwen Loan Servicing,    Attn: Research Dept,
                 1661 Worthington R Ste 100,    West Palm Beach, FL 33409-6493
14017382        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2018 02:25:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14014149       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2018 02:28:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14009456        E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 29 2018 02:27:53
                 Verizon,    500 Technology Dr,    Suite 500,   Weldon Spring, MO 63304-2225
14009457       +E-mail/Text: bankruptcydept@wyn.com Jun 29 2018 02:28:20      Wyndham Vacation Own,
                 10750 W Charleston Blvd,    Las Vegas, NV 89135-1049
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14073813*      +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
14097121*      +CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
14009453      ##+Security Check,    2612 Jackson Ave W,    Oxford, MS 38655-5405
                                                                                              TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Jun 28, 2018
                              Form ID: 152                 Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
              ALLAN K. MARSHALL    on behalf of Debtor Maria A. Gonzalez akm6940@aol.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Maria A. Gonzalez
    Debtor(s)

Case No: 17−17500−amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/18/18 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

47 − 2
Form 152